JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
SARAH M. BANDA, ESQ.
Nevada Bar No. 11909
**BOWEN LAW OFFICES**
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, Nevada 89129
*ATTORNEYS FOR PLAINTIFFS*

IN THE UNITED STATES DISTRICT COURT

NEVADA DISTRICT, LAS VEGAS

\* \* \*

| | |
|---|---|
| JOHN SANDERS, and CHRISSIE COON-SANDERS,<br><br>Plaintiffs,<br><br>vs.<br><br>LABORATORY CORPORATION OF AMERICA, doing business in Nevada as LABORATORY CORPORATION OF AMERICA, and as LABCORP; MARIA L. AGUIRRE, M.D., individually; DOES 1 through 10, and ROE CORPORATIONS 1 through 10, inclusive, | GWF<br>CASE NO. 2:10-cv-01231-JCM-~~PAL~~ |

## SUBSTITUTION OF COUNSEL

I.  **CLIENT CONSENT**

COMES NOW, Plaintiffs, JOHN SANDERS and CHRISSIE COON-SANDERS, hereby substitute BOWEN LAW OFFICES, as Attorney of Record for Plaintiff, in the place and stead of the law office of WILLIAMS AND WIESE..

DATED this ____ day of January, 2012

_____          _____
JOHN SANDERS                                       CHRISSIE COON-SANDERS

II. **FORMER-COUNSEL CONSENT**

The law office of WILLIAMS AND WIESE, hereby consents to the substitution of the BOWEN LAW OFFICES as Attorney of Record for the Plaintiffs, JOHN SANDERS and CHRISSIE COON-SANDERS, in its place and stead.

DATED this 8 day of February, 2012.

WILLIAMS AND WIESE

_____
JERRY WIESE, ESQ.

III. **SUCCESSOR-COUNSEL CONSENT**

BOWEN LAW OFFICES hereby consents to its substitution as Attorney of Record for the Plaintiffs, JOHN SANDERS and CHRISSIE COON-SANDERS, in the place and stead of WILLIAMS AND WIESE.

DATED this 13th day of February, 2012

BOWEN LAW OFFICES

_____
JEROME R. BOWEN, ESQ.
Nevada Bar No. 004540
SARAH M. BANDA, ESQ.
Nevada Bar No. 11909
9960 W. Cheyenne Ave., Suite 250
Las Vegas, NV 89129

**IT IS SO ORDERED.**

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**
**DATED: February 15, 2012**