JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
SARAH M. BANDA, ESQ.
Nevada Bar No. 11909
**BOWEN LAW OFFICES**
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, Nevada 89129
*ATTORNEYS FOR PLAINTIFFS*

## IN THE UNITED STATES DISTRICT COURT

### NEVADA DISTRICT, LAS VEGAS

\* \* \*

JOHN SANDERS, and CHRISSIE COON-SANDERS,

Plaintiffs,

vs.

LABORATORY   CORPORATION   OF
AMERICA, doing business in Nevada as
LABORATORY   CORPORATION   OF
AMERICA, and as LABCORP; MARIA L.
AGUIRRE, M.D., individually; DOES 1
through 10, and ROE CORPORATIONS 1
through 10, inclusive,

CASE NO. 2:10-cv-01231-JCM-~~PAL~~ GWF

## SUBSTITUTION OF COUNSEL

**I.     CLIENT CONSENT**

COMES NOW, Plaintiffs, JOHN SANDERS and CHRISSIE COON-SANDERS, hereby

substitute BOWEN LAW OFFICES, as Attorney of Record for Plaintiff, in the place and stead of

the law office of WILLIAMS AND WIESE..

DATED this _____ day of January, 2012

JOHN SANDERS

CHRISSIE COON-SANDERS

BOWEN LAW OFFICES
Conquistador Plaza
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, Nevada 89129
702-240-5191  FAX: 702-240-5797

## II.   FORMER-COUNSEL CONSENT

The law office of WILLIAMS AND WIESE, hereby consents to the substitution of the BOWEN LAW OFFICES as Attorney of Record for the Plaintiffs, JOHN SANDERS and CHRISSIE COON-SANDERS, in its place and stead.

DATED this ___8___ day of ~~January~~ February, 2012.

WILLIAMS AND WIESE

JERRY WIESE, ESQ.

## III.   SUCCESSOR-COUNSEL CONSENT

BOWEN LAW OFFICES hereby consents to its substitution as Attorney of Record for the Plaintiffs, JOHN SANDERS and CHRISSIE COON-SANDERS, in the place and stead of WILLIAMS AND WIESE.

DATED this 13th day of ~~January~~ February, 2012

BOWEN LAW OFFICES

JEROME R. BOWEN, ESQ.
Nevada Bar No. 004540
SARAH M. BANDA, ESQ.
Nevada Bar No. 11909
9960 W. Cheyenne Ave., Suite 250
Las Vegas, NV 89129

**IT IS SO ORDERED.**

**GEORGE FOLEY, JR.**
**United States Magistrate Judge**
**DATED:  February 15, 2012**

BOWEN LAW OFFICES
Conquistador Plaza
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, Nevada 89129
702-240-5191  FAX: 702-240-5797