# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN SANDERS and CHRISSIE COON-SANDERS, <br><br> Plaintiffs, <br><br> vs. <br><br> LABORATORY CORPORATION OF AMERICA, *et al.*, <br><br> Defendants. | Case No.  2:10-cv-01231-JCM-GWF <br><br> **ORDER** |

IT IS ORDERED that the parties file a status report with the court no later than **June 24, 2013** regarding the current status of the case, including whether the case has settled and if so, when the settlement will be final.

DATED this 12th day of June, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge