# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOHN SANDERS and CHRISSIE COON-SANDERS,

    Plaintiff(s),

v.

LABORATORY CORPORATION OF AMERICA, et al.,

    Defendant(s).

2:10-CV-1231 JCM (GWF)

## ORDER

Presently before the court is defendant Maria L. Aguirre's motion for summary judgment. (Doc. # 117). Cross-defendant Diagnostic Pathology of Phoenix LLC filed a joinder to Aguirre's motion for summary judgment. (Doc. # 118).

Also before the court is defendant Maria L. Aguirre's motion for order denying the motion for summary judgment as moot. (Doc. # 127).

In this case, the parties stipulated to dismiss all of plaintiffs' claims against all defendants with prejudice. (Doc. # 124). This court approved the stipulation. (Doc. # 125). The stipulation of dismissal has mooted defendant Aguirre's motion for summary judgment.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Maria L. Aguirre's motion for summary judgment (doc. # 117) be, and the same hereby, is DENIED as moot.

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that defendant Aguirre's motion for order denying the summary judgment as moot (doc. # 127) be, and the same hereby, is GRANTED.

DATED June 28, 2013.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -