# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN SANDERS and CHRISSIE COON-SANDERS,<br><br>Plaintiff(s),<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA, et al.,<br><br>Defendant(s). | 2:10-CV-1231 JCM (GWF) |

### ORDER

Presently before the court is defendants', John F. Bubien and Diagnostic Pathology of Phoenix LLC, motion for partial summary judgment. (Doc. # 97). Plaintiffs filed a response in opposition (doc. # 105), and defendants filed a reply (doc. # 113).

The parties stipulated to dismiss all of plaintiffs' claims against all defendants with prejudice. (Doc. # 124). The court approved the stipulation. (Doc. # 125). After the court approved the settlement, defendants Bubien and Diagnostic Pathology of Phoenix LLC filed a supplement with the court. (Doc. # 130). The supplement represents that the motion for partial summary judgment is now moot in light of the stipulation. (*Id.*).

The court finds good cause to deny the motion for partial summary judgment without prejudice.

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion for partial summary judgment (doc. # 97) be, and the same hereby, is DENIED as moot.

DATED July 3, 2013.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -