# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN SANDERS and CHRISSIE COON-SANDERS,<br><br>              Plaintiffs,<br><br>vs.<br><br>LABORATORY CORPORATION OF AMERICA, *et al.*,<br><br>              Defendants. | Case No.  2:10-cv-01231-JCM-GWF<br><br>**ORDER** |

The parties filed a Joint Status Report (#133) filed July 16, 2013 regarding which claims remain in this lawsuit and how the case will proceed with the remaining claims.  The parties requested 30 days to explore settlement.  Accordingly,

**IT IS ORDERED** that the parties file a status report with the court no later than **September 3, 2013** regarding the current status of the case, including whether the case has settled and if so, when the settlement will be final.

DATED this 21st day of August, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge