# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN SANDERS and CHRISSIE COON-SANDERS, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>LABORATORY CORPORATION OF )<br>AMERICA, *et al.*, )<br>)<br>Defendants. )<br>) | Case No. 2:10-cv-01231-JCM-GWF<br><br>**ORDER** |

The parties filed a Joint Status Report (#133) filed July 16, 2013 regarding which claims remain in this lawsuit and how the case will proceed with the remaining claims. The parties requested 30 days to explore settlement. Accordingly,

**IT IS ORDERED** that the parties file a status report with the court no later than **September 3, 2013** regarding the current status of the case, including whether the case has settled and if so, when the settlement will be final.

DATED this 21st day of August, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge