# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN SANDERS and CHRISSIE COON-SANDERS,<br><br>                Plaintiffs,<br><br>vs.<br><br>LABORATORY CORPORATION OF AMERICA, *et al.*,<br><br>                Defendants. | Case No. 2:10-cv-01231-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on the Joint Status Report (#135) filed September 3, 2013, advising the Court which claims remain in this lawsuit and how the case will proceed with the remaining claims. Laboratory Corporation of America ("LabCorp") and Diagnostic Pathology of Phoenix ("DPP") requested they be allowed an additional 30 days to explore settlement of LabCorp's claim against DPP. Upon review and consideration,

**IT IS ORDERED** that the parties are to file an Amended Discovery Plan and Scheduling Order no later than 30 days of the date of this order should this case not settle within the additional 30 days requested.

DATED this 5th day of September, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge