1

2

3

4 **UNITED STATES DISTRICT COURT**

5 **DISTRICT OF NEVADA**

6

7 JOHN SANDERS and CHRISSIE COON-  )
SANDERS,                           )
8                                  )
            Plaintiffs,            )          Case No.  2:10-cv-01231-JCM-GWF
9                                  )
vs.                                )          **ORDER**
10                                 )
LABORATORY CORPORATION OF          )
11 AMERICA, *et al.*,              )
                                   )
12          Defendants.            )
                                   )
13 _____ )

14         This matter is before the Court on the Joint Status Report (#135) filed September 3, 2013,

15 advising the Court which claims remain in this lawsuit and how the case will proceed with the

16 remaining claims.  Laboratory Corporation of America ("LabCorp") and Diagnostic Pathology of

17 Phoenix ("DPP") requested they be allowed an additional 30 days to explore settlement of

18 LabCorp's claim against DPP.  Upon review and consideration,

19         **IT IS ORDERED** that the parties are to file an Amended Discovery Plan and Scheduling

20 Order no later than 30 days of the date of this order should this case not settle within the additional

21 30 days requested.

22         DATED this 5th day of September, 2013.

23

24                                          _____
                                           GEORGE FOLEY, JR.
25                                         United States Magistrate Judge

26

27

28